HENRY CHIPMAN *versus* JOSEPH W. SEYMOUR.

JOURNAL ENTRIES (1829–35): *Journal 4:* (1) Amount of injunction bond reduced *p. 347; (2) motion to take bill as confessed *p. 362; (3) bill taken as confessed, referred to master *p. 364; (4) rule of reference enlarged *p. 486; (5) rule of reference enlarged *p. 518. *Journal 5:* (6) Continued under rule of reference *p. 31; (7) continued under rule of reference *p. 48; (8) continued *p. 72.
PAPERS IN FILE: [None]
*Chancery Case* 120 of 1829.

DANIEL D. ORN *versus* MANOAH HUBBARD.

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Argued, submitted *p. 341; (2) judgment reversed, case remanded *p. 353.
PAPERS IN FILE: (1) Petition and precipe for writ of error, allocatur; (2) writ of error and return; (3–4) bills of exceptions; (5) assignment of errors, joinder; (6) precipe for fi. fa. for costs; (7) writ of fi. fa. for costs, return; (8–9) receipts for fees.
*1824–36 Calendar*, MS p. 186. Recorded in *Book C*, MS pp. 251–9.